374 A.2d 729

Sugar, Appellant, v. Sugar.

Argued March 21, 1977. C. Stephens Vondercrone, Jr., with him Ronald E. Robinson, for appellant; Harry G. Mahoney, for appellee.

Order affirmed.

374 A.2d 729

Sutersville Lumber Company, Appellant, v. Snow Construction and Development Corporation, et al.

Argued April 13, 1977. Robert D. Austin, Jr., with him Walls, Morrell & Austin, for appellant; Bernard S. Shire, with him Gary P. Caruso, for appellees.

Order affirmed.

VAN der VOORT, J., absent.